RECEIVED
MAR 26 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SCOTT SHUMOCK | CIVIL ACTION NO. 12-CV-520 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

Signed in Lafayette, Louisiana, this 26 day of March, 2013.

Rebecca F. Doherty
United States District Judge